| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| KIBLER FOWLER & CAVE LLP |
| Matthew J. Cave (SBN 280704) |
| mcave@kfc.law |
| Kevin J. Cammiso (SBN 316540) |
| kcammiso@kfc.law |
| 11100 Santa Monica Blvd., Suite 360 |
| Los Angeles, California 90025 |
| Telephone: (310) 409-0400 |
| ATTORNEY(S) FOR: Plaintiff JONAH HIRSCH |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JONAH HIRSCH, an individual; and ZYPRE, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>PICTURE THIS PRODUCTIONS LIMITED, ET AL.,<br><br>Defendant(s) | CASE NUMBER:<br><br>22-cv-7123<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff Jonah Hirsch
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonah Hirsch | Plaintiff |
| Zypre | Plaintiff |
| Picture This Productions Limited | Defendant |
| Advanced Micro Devices, Inc. | Defendant |
| British Airways PLC | Defendant |
| James Knight | Former agent or employee of Zypre and Advanced Micro Devices, Inc.; may be legally or financially responsible for claims asserted |

September 30, 2022
Date

*[Signature]*
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jonah Hirsch