KIBLER FOWLER & CAVE LLP
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Kevin J. Cammiso (SBN 316540)
kcammiso@kfc.law
Charles Cardinal (SBN 322991)
ccardinal@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Plaintiff*
JONAH HIRSCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JONAH HIRSCH, an individual; and ZYPRE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PICTURE THIS PRODUCTIONS LIMITED, a United Kingdom company; ADVANCED MICRO DEVICES, INC,, a Delaware corporation; BRITISH AIRWAYS PLC, a United Kingdom corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 22-cv-7123<br><br>**PLAINTIFF ZYPRE, INC.'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**<br><br>Trial Date:        Not Set |

PLAINTIFF ZYPRE, INC.'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Zypre, Inc. ("Zypre") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonah Hirsch | Plaintiff |
| Zypre | Plaintiff |
| Picture This Productions Limited | Defendant |
| Advanced Micro Devices, Inc. | Defendant |
| British Airways PLC | Defendant |
| James Knight | Former agent or employee of Zypre and Advanced Micro Devices, Inc.; may be legally or financially responsible for claims asserted |

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Zypre further certifies that there is no parent corporation or publicly held corporation owning 10% or more of Zypre's stock.

Dated: September 30, 2022          KIBLER FOWLER & CAVE LLP

By: /s/ Matthew J. Cave

MATTHEW J. CAVE
KEVIN J. CAMMISO
CHARLES CARDINAL
Attorneys for Plaintiff
JONAH HIRSCH