**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Matthew J. Cave | SBN: 280704<br>KIBLER FOWLER & CAVE LLP<br>11100 Santa Monica Blvd Suite 360   Los Angeles, CA 90025<br>TELEPHONE NO.: (310) 409-0400 | FAX NO. (310) 409-0401 | E-MAIL ADDRESS mcave@kfc.law<br>ATTORNEY FOR (Name): Plaintiffs: Jonah Hirsch and Zypre, Inc. | |

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 WEST 1ST STREET
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

PLAINTIFF/PETITIONER: JONAH HIRSCH, an individual, et al.
DEFENDANT/RESPONDENT: PICTURE THIS PRODUCTIONS LIMITED, a United Kingdom company, et al.

CASE NUMBER:
2:22-cv-07123-SK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Hirsch

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served):*
   **BRITISH AIRWAYS PLC, a United Kingdom corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **National Registered Agents, Inc., Registed Agent, by serving Sarai M. - Agent for Service of Process**
   **Age: 31-35 | Weight: 121-140 Lbs | Hair: Black | Sex: Female | Height: 5'7 - 6'0 | Eyes: Green | Race: Latino**
4. Address where the party was served: **330 N Brand Blvd Ste 700**
   **Glendale, CA 91203-2336**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/11/2022** (2) at *(time):* **12:30 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/LA319941**

# Nationwide Legal, LLC

1609 James M Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

## Continued from Proof of Service

**CLIENT:** KIBLER FOWLER & CAVE LLP

**CLIENT FILE #:** Hirsch

**DATE:** October 11, 2022

**SUBJECT:** BRITISH AIRWAYS PLC, a United Kingdom corporation

```
Summons; Complaint; Civil Case Cover Sheet; Certification and Notice
of Interested Parties (Local Rule 7.1-1); Plaintiff Zypre, Inc.'s
Notice of Interested Parties and Disclosure Statement; Report On The
Filing Or Determination of An Action or Appeal Regarding a
Copyright; Notice to Counsel; Notice to Filer of Deficiencies in
Request for Issuance of Summons; Statement of Consent to Proceed
Before a United States Magistrate Judge; Notice of Reassignment to
District Judge And Referral Magistrate Judge; Certification and
Notice of Interested Parties; Standing Order for Civil Cases
Assigned to Judge Stanley Blumenfeld, Jr.
```



NATIONWIDE LEGAL

Order#: LA319941/DocAtt2010

| | |
|---|---|
| PETITIONER: JONAH HIRSCH, an individual, et al. | CASE NUMBER: |
| RESPONDENT: PICTURE THIS PRODUCTIONS LIMITED, a United Kingdom company, et al. | 2:22-cv-07123-SK |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                   (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of **BRITISH AIRWAYS PLC, a United Kingdom corporation**
      under the following Code of Civil Procedure section:

      ☑ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                           ☐ other:

7. **Person who served papers**
   a. Name: **Dion Jones - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 153.15**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner     ☐ employee     ☑ independent contractor.
          (ii) Registration No.: **2013128925**
          (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/11/2022**

**N**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

                              **Dion Jones**
              (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)