JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH HIRSCH et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>PICTURE THIS PRODUCTIONS LIMITED et al.,<br><br>  Defendants. | Case No. 2:22-cv-07123-SB-KS<br><br>ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT PICTURE THIS PRODUCTIONS LIMITED |

  Plaintiffs Jonah Hirsch and Zypre, Inc. and Defendant Picture This Productions Limited (the Settling Defendant) filed a notice of settlement on March 31, 2023.  All claims against the Settling Defendant are therefore dismissed without prejudice and all pending hearings and deadlines are hereby vacated as to the Settling Defendant.  For 60 days from the date of this order, the Court retains jurisdiction to vacate this order and to reinstate the claims nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal of the case against the Settling Defendant will convert to a dismissal with prejudice on the 61st day, absent a timely motion to vacate and reopen.  If the claims against the Settling Defendant are reinstated, the parties should be prepared for an expedited trial schedule.

  The Court expects the parties to finalize their settlement or else move to reinstate the claims against the Settling Defendant within the next 60 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both Plaintiffs and the Settling Defendant shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*   IT IS SO ORDERED.

2

Date: April 3, 2023                              _____
                                                             Stanley Blumenfeld, Jr.
                                                             United States District Judge